UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

THEODORE E. LORIA,

        Plaintiff,

                             **MOTION SCHEDULING ORDER**

    -vs-

                               04-CR-6419L

FREDERICK GERMAIN,

        Defendant.

_____

On March 21, 2007, the defendant, Frederick Germain, filed a motion *in limine* (Dkt. #22). All responding papers relevant to this motion must be filed with the Court by April 3, 2007. When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

    **IT IS SO ORDERED**.

                                _____
                                DAVID G. LARIMER
                                UNITED STATES DISTRICT JUDGE

Dated:        Rochester, New York
                March 26, 2007.