UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THEODORE E. LORIA,

                        Plaintiff,

                                                       ORDER

                                                       04-CV-6419L

              v.

FREDERICK GERMAIN,

                        Defendant.
_____

     The writ of Habeas Corpus ad Testificandum issued on March 16, 2007 is hereby vacated and withdrawn. The trial in this case that was scheduled to begin on April 9, 2007 is adjourned without date.

     IT IS SO ORDERED.

                                                    _____
                                                       DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
       April 2, 2007.